KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0552 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA AND SENTENCING DATE |
| v. | |
| SAUL PEREZ-RESENDIZ, | Date: September 6, 2006<br>Time: 1:30 p.m. |
| Defendant. | Court: Honorable Phyllis J. Hamilton |

    The parties hereby stipulate as follows:

    1.    This case is currently set for change of plea and sentencing on September 6, 2006, at 1:30 p.m., pursuant to the fast track program.

    2.    Counsel for the United States is also counsel in <u>United States v. Aaron</u>, No. CR 06-0379 JSW.  The <u>Aaron</u> case has been set for an evidentiary hearing on September 6.

    3.    To allow counsel to appear at both proceedings, the parties hereby stipulate and request an order of this Court continuing change of plea and sentencing in this case to September 13, 2006, at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER
CR 06-0552 PJH

1 | IT IS SO STIPULATED.

3 | Date: August 28, 2006          /s/
                              ANDREW P. CAPUTO
                              Assistant United States Attorney

Date: August 28, 2006          /s/
                              GEOFFREY A. HANSEN
                              Chief Assistant Federal Public Defender

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 8/30/06

HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER
CR 06-0552 PJH                                    2